UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RALPH WYATT, JR.,** | Case No. CV 12-4803-R(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **CYNTHIA TAMPKINS, et al.,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _Nov. 6, 2012_

_____
Manuel Real
United States District Judge